UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SABINE PIPE LINE LLC, ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Civil Action No. 6:11-CV-02050 |
| v. ) | |
| ) | JUDGE REBECCA F. DOHERTY |
| 60.88 ACRES OF LAND, MORE OR ) | |
| LESS, IN VERMILION PARISH, ) | MAGISTRATE JUDGE |
| LOUISIANA; MARCIA ANNE EVANS ) | C. MICHAEL HILL |
| A/K/A MARCIA EVANS PAGEAU, *ET* ) | |
| *AL.*; AND ALL UNKNOWN OWNERS, ) | |
| ) | |
| **Defendants** ) | |

## PROOF OF SERVICE

The foregoing Amended Notice of Condemnation was served by me by personally delivering a true and correct copy of said Notice to:

James Eugene Broussard

at _12:30_ o'clock _P_.m., at _2837 Jacqulyn St, Abbeville, La 70510_, on the _21st_ day of _APRIL_, 2012.

I declare under penalty of perjury that this information is true.

_____
Server's signature

STEVE REGAN, PROCESS SERVER
Printed name and title
**BAYOU INVESTIGATIONS, INC.
P. O. BOX 92825
LAFAYETTE, LA 70509**
Server's address

Sworn to and subscribed before me this _1st_ day of _May_, 2012.

_____
Notary Public in and for
the State of _LOUISIANA_

Jenese C. Beckstrom
Notary Public
Parish of East Baton Rouge
My Commission is for Life
Notary ID No. 55800

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SABINE PIPE LINE LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 6:11-CV-02050 |
| | ) |
| 60.88 ACRES OF LAND, MORE OR | ) JUDGE REBECCA F. DOHERTY |
| LESS, IN VERMILION PARISH, | ) |
| LOUISIANA; MARCIA ANNE | ) MAGISTRATE JUDGE |
| EVANS A/K/A MARCIA EVANS | ) C. MICHAEL HILL |
| PAGEAU, *ET AL.*; AND ALL | ) |
| UNKNOWN OWNERS, | ) |
| | ) |
| Defendants | ) |

## AMENDED NOTICE OF CONDEMNATION

TO: All parties identified in Attachment A hereto

1. A Complaint in Condemnation has been filed in the United States District Court for the Western District of Louisiana to take property. The property to be acquired (the "Property") will be used by Sabine Pipe Line LLC ("Sabine") in connection with the operation, protection, and maintenance of its existing pipelines and related facilities thereon and the Henry Hub, consistent with Sabine's authority and obligations as a natural-gas company under the Natural Gas Act, 15 U.S.C Section 717, *et seq.* The interest to be taken is the fee simple, or full ownership, interest in the property being acquired, including any associated rights in and to all buildings and improvements situated thereon, save and except minerals underlying the Property that can be recovered

from outside of the Property without disturbing Sabine's use of and facilities on the Property.[1] The court is located in the United States courthouse at this address:

> 800 Lafayette Street, Suite 2100
> Lafayette, Louisiana 70501

2.  The Property is a 60.88-acre tract of land in Vermilion Parish, Louisiana, as more particularly described and depicted in Attachment B hereto. You may have or claim an interest in it.

3.  The authority for the taking of the Property is Section 7f of the Natural Gas Act, 15 U.S.C. Section 717f(h) and, alternatively, Sections 2(5) and 2(11) of Title 19 of the Louisiana Revised Statutes.

4.  **Pursuant to Rule 71.1(e) of the Federal Rules of Civil Procedure, if you want to object or present any defense to the taking, you must serve an answer on the plaintiff's attorney within 21 days after being served with this Notice, any other rule of procedure notwithstanding.** Send your answer to:

---

[1] Sabine is not acquiring, and there will be reserved to Defendants, all rights, if any, in and to oil, gas, sulphur, uranium, fissional materials, and other minerals associated with the Property. However, Sabine is acquiring any rights that Defendants may have to enter onto and use or authorize any third party to enter onto and use the Property for any purpose, including exploring for, exploiting, drilling for, mining for (including shaft, in situ, open pit, surface, and strip mining), fracturing, developing, removing, and transporting any minerals whatsoever; provided, however, that Defendants will be permitted to extract the minerals and materials reserved to them from under the Property by pooling or unitization or by directional drilling or other means from land located outside the boundaries of the Property so long as Sabine's use of the Property is not disturbed and Sabine's facilities on the Property are left with proper, sufficient, and permanent support and are not endangered, obstructed, damaged, or interfered with.

>Gary P. Russo
>Jones, Walker, Waechter, Poitevent,
>  Carrère & Denègre L.L.P.
>600 Jefferson Street, Suite 1600
>Lafayette, Louisiana 70501

In addition, you should file your answer with the Clerk for the United States District Court, Western District of Louisiana, Lafayette Division, at the following address:

>United States Courthouse
>800 Lafayette Street, Suite 2100
>Lafayette, Louisiana 70501

5.  Your answer must identify the property in which you claim an interest, state the nature and extent of that interest, and state all your objections and defenses to the taking. Objections and defenses not presented are waived.

6.  If you fail to answer you consent to the taking and the court will enter a judgment that takes your described property interest.

7.  Instead of answering, you may serve on the plaintiff's attorney a notice of appearance that designates the property in which you claim an interest. After you do that, you will receive a notice of any proceedings that affect you. Whether or not you have previously appeared or answered, you may present evidence at a trial to determine compensation for the property and share in the overall award.

Date: December 14, 2011

Respectfully submitted:

s/ Frederick D. Junkin
Frederick D. Junkin, Trial Attorney
Western District No. 913470
Paul S. Radich
Western District No. 913471
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (Fax)
fredjunkin@andrewskurth.com
paulradich@andrewskurth.com

s/ Leon Gary, Jr.
Leon Gary, Jr.
Louisiana Bar Roll No. 05959
Ryan Johnson
Louisiana Bar Roll No. 26352
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
8555 United Plaza Blvd., Suite 500
Baton Rouge, Louisiana 70809
(225) 248-2024
(225) 248-3024 (Fax)
lgary@joneswalker.com
rjohnson@joneswalker.com

and

Gary P. Russo
Louisiana Bar Roll Number 10828
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
(337) 593-7600
(337) 593-7601 (Fax)
grusso@joneswalker.com

ATTORNEYS FOR SABINE PIPE LINE LLC

# ATTACHMENT A

## LIST OF DEFENDANTS

1. Marcia Anne Evans
   1484 Dalzell Court
   The Village, Florida 32162

2. Patricia Katherine Lincourt
   a/k/a Patricia Katherine Schenck Lincourt
   a/k/a Patricia Katherine Schneck Lincourt
   8329 Grenoble Street #43
   Sunland, California 91040

3. Christopher Richard Schenck
   a/k/a Christopher Richard Schneck
   340 Alta Vista Ave., #5
   Oakland, California 94610

4. Flora Fay (Mimi) Baudoin
   510 North Market Street
   Frederick, Maryland 21701-5243

5. Joseph Henry Baudoin
   216 White Street
   Abbeville, Louisiana 70510

6. Nanette Marie Baudoin
   a/k/a Nanette Marie Baudoin Butcher
   107 Julie
   Lafayette, Louisiana 70508

7. Brenda Menard Baudoin
   5014 Eve Road
   Erath, Louisiana 70533

8. Nicole Ann Baudoin a/k/a
   Nicole Ann Baudoin Vidrine
   104 Nappy Circle
   Lafayette, Louisiana 70508

9. Monique Iska Baudoin
   a/k/a Monique Baudoin Dupre
   5004 Eve Road
   Erath, Louisiana 70533

10. Brendan Joseph Corkran
    2109 Sawdust Road Apt. 14206
    The Woodlands, Texas 77380-5711

11. Thomas Ryan Corkran
    400 North LaSalle # 3707
    Chicago, Illinois 60610

12. Paul A. Romano
    203 Yorkshire Lane
    Victoria, Texas 77904

13. Pamela Ellen Sisson
    4400 Andrews Hwy #302
    Midland, Texas 79703

14. Carol Ann Ford
    10468 Bilboa N.W.
    Albuquerque, New Mexico 87114

15. Ora Nell Corkran
    P.O. Box 1862
    Nederland, Texas 77627

16. Julie Ann Thibodeaux
    2748 Cooley
    Groves, Texas 77619

17. Ester Lynn Thibodeaux Thompson
    2537 66th Street
    Port Arthur, Texas 77640

18. Glenda Fay Thibodeaux McCord
    2504 Neches
    Port Arthur, Texas 77642

19. Raymond Paul Thibodeaux
    P.O. Box 1862
    Nederland, Texas 77627

20. Rita Ellen Thibodeaux Menard
    2704 Uvalde
    Nederland, Texas 77627

21. Young Broussard, L.L.C.
    c/o Diane B. Frederick, Agent
    8607 River Road
    Abbeville, Louisiana 70510

22. Stephen Broussard
    a/k/a Stephen Louis Broussard
    505 Fairview Street
    Abbeville, Louisiana 70510

23. James Eugene Broussard
    2837 Jacqulyn Street
    Abbeville, Louisiana 70510

24. Emile R. Thibodeaux
    17718 Sellers Private Road
    Erath, Louisiana 70503

25. Earl B. Thibodeaux
    4093 Woodlawn Road
    Maurice, Louisiana 70555

26. Marshall C. Thibodeaux
13729 Shirley Street
Omaha, Nebraska 68144-1240

27. Brenda Thibodeaux LaBauve
9609 Tillamock Drive
Bakersfield, California 93312

28. Emilie Thibodeaux Stewart
16357 Chevernt Avenue
Greenwell Springs, Louisiana 70739-3843

29. Clevie Thibodeaux
507 S. Broadway
Erath, Louisiana 70533

30. Samuel Thibodeaux
116 South Myrtle Street
Erath, Louisiana 70533

31. Eluse Dugas
807 South Broadway
Erath, Louisiana 70533

32. Rodney J. Dugas
402 South Broadway
Erath, Louisiana 70533

33. Elsie Faye Dugas
901 South Broadway
Erath, Louisiana 70533

34. Ruth Bellamy a/k/a Ruth Bellamy Broussard
17214 Louisiana Hwy 331
Erath, Louisiana 70533

35. James Reuben Broussard
609 East Lafayette Street
Abbeville, Louisiana 70510

36. Thomas Andrew Broussard
112 Wedgewood Drive
Lafayette, Louisiana 70503

37. John S. Broussard, Trustee of the
John S. Broussard & Bonnie B. Broussard
Revocable Living Trust
4923 Aristide Road
Erath, Louisiana 70533

38. Bonnie B. Broussard, Trustee of the
John S. Broussard & Bonnie B. Broussard
Revocable Living Trust
4923 Aristide Road
Erath, Louisiana 70533

39. David G. Broussard, Jr.
1016 Deanna Lane
Broussard, Louisiana 70518

40. Darlene B. Menard
2939 West Aladin Road
Erath, Louisiana 70533

41. Ann Catherine B. Nerren
3022 Theodore Road
Erath, Louisiana 70533

42. Timothy Morton
2511 Ferris Street
Abbeville, Louisiana 70510

43. Christine Morton Ortego
601 C. Carriage Light Loop
Youngsville, Louisiana 70592

44. Daniel Morton
4609 Aristide Road
Erath, Louisiana 70533

45. Mark Morton
304 West Lafayette Street
Abbeville, Louisiana 70510

46. Arnold Morton
304 West Lafayette Street
Abbeville, Louisiana 70510

47. Anne Morton Melancon
8343 Gentlewood Court
Houston, Texas 77095

48. Joseph Morton
301 Cornish Place
Youngsville, Louisiana 70592

49. Laura Falgout
a/k/a Laura Falgout Broussard
7533 Wiley Road
Abbeville, Louisiana 70510

50. Suzanne Broussard
16938 W. LA Hwy 330
Abbeville, Louisiana 70510

51. Rebecca Broussard a/k/a Rebecca
    Broussard Abshire
    16926 W. LA Hwy 330
    Abbeville, Louisiana 70510

52. Ruth Ann Broussard a/k/a Ruth Ann
    Broussard Faulk
    7533 Wiley Road
    Abbeville, Louisiana 70510

53. Julian John Hinckley
    16912 West Louisiana Hwy 330
    Abbeville, Louisiana 70510

54. Samuel Pulaski Hinckley
    121 Richland
    Lafayette, Louisiana 70508

55. Mary Elizabeth Hinckley
    116 Cherbourg Circle
    Lafayette, Louisiana 70508

56. Charles Allen Vincent
    224 Landry Drive
    Abbeville, Louisiana 70510-7498

57. Douglas Joseph Vincent
    405 N. Gin Street
    Erath, Louisiana 70533

58. Donald James Vincent
    14306 Highway 685
    Erath, Louisiana 70533

59. Jonas Perrin
    5220 Aristide Road
    Erath, Louisiana 70533

60. Randall John Perrin
    18002 West La Hwy 330
    Abbeville, Louisiana 70510

61. Melissa Claire Boudreaux
    P.O. Box 60383
    Lafayette, Louisiana 70596

62. Natial Perrin d'Augereau
    7112 W. Wildcat Road
    Abbeville, Louisiana 70510

63. Warren A. Perrin
    P.O. Box 53597
    Lafayette, Louisiana 70505

64. Melanie Perrin
    900 D. Street S. E., Apartment 2
    Washington, D.C. 20003

65. Angela Perrin Comeaux
    506 Roselawn Blvd.
    Lafayette, Louisiana 70503

66. Kathleen Perrin-Moore
    5916 Golden Pheasant Court
    Baton Rouge, Louisiana 70817

67. Jan Denise Broussard, Independent Executrix
    of the Estate of Edwin Broussard
    2037 9th Street
    Port Neches, Texas 77651

68. Deanna Lemaire
    7420 Fusilier Road
    Maurice, Louisiana 70555-4317

69. Maxine Marie Lemaire
    606 East Putnam
    Erath, Louisiana 70533

70. Hazel Lemaire
    16500 West Tower Road
    Omaha, Arkansas 72662

71. Cheryle Dale Anne Lemaire
    a/k/a Cheryle Dale Anne Lemaire McNew
    3444 Tahiti Drive
    Corpus Christi, Texas 78418

72. Dennis Broussard
    508 South Kibbe St.
    Erath, Louisiana 70533

73. Charlene Delcambre Coreil
    705 St. Seton Lane
    Youngsville, Louisiana 70592

74. Jo Ann Delcambre
    3116 Albert Road
    Erath, Louisiana 70533

75. Martian Preston Delcambre
    116 Clayton Drive
    Carencro, Louisiana 70520

76. Melinda Delcambre Primeaux
    17119 West La Hwy 330
    Abbeville, Louisiana 70510

77. Marshal Delcambre
3148 Wade Road
Maurice, Louisiana 70555

78. Lisa Marie Delcambre
306 King Arthurs Way
Youngsville, Louisiana 70592

79. Adrienne M. Delcambre
303 West Primeaux
Erath, Louisiana 70533

80. Olive Mae Broussard, Individually and as Independent Executrix of the Estate of Chester Broussard
2022 12th Street
Port Neches, Texas 77651

81. Elaine B. Broussard
807 West St. Paul St.
Abbeville, Louisiana 70510

82. Gregory Aristide Broussard
22298 FM 149 Road
Montgomery, Texas 77356-3652

83. Christopher Jude Broussard
17117 W LA Hwy 330
Abbeville, Louisiana 70510

84. Claire Broussard Wakeham
3159 Lincoln Road
Fort Gratiot, Michigan 48059-2829

85. Elaine Joyce LeBlanc Landry
109 Island Point
Lafayette, Louisiana 70508

86. Marla Rose Landry Dubois
115 Island Point
Lafayette, Louisiana 70508

87. Michael Roy Landry
1720 Kaliste Saloom Rd., Suite B-9
Lafayette, Louisiana 70508

88. Iretha Corkran
P.O. Box 131466
Spring, Texas 77393

89. Sylvia Valero Corkran Bigler
65 Cedar in the Woods
Port Orange, Florida 32129

90. Dolores Ann Broussard Landry
a/k/a Delores Ann Broussard
525 E. Magnolia Ave.
Abbeville, Louisiana 70510

91. Sandra Lee Broussard Landry
a/k/a Sandra Lee Broussard
211 S. Hollingsworth Dr.
Abbeville, Louisiana 70510

92. Diane Lynn Broussard Frederick
a/k/a Diane Lynn Broussard
8607 River Road
Abbeville, Louisiana 70510

93. Nanette Marie Baudoin Butcher, Trustee of The Baudoin Children's Trust
107 Julie
Lafayette, Louisiana 70508

94. Preston James Broussard
557 Toledo Beach Dr.
Hemphill, Texas 75948

95. Janice Marie Broussard Hardman
67800 Hwy 3 South
Fernwood, Idaho 83830

96. Jerry Wayne Broussard
2121 8th Street
Port Neches, Texas 77651

97. Paul Joseph Broussard
2003 Seattle Ave.
Nederland, Texas 77627

98. John Wallace Broussard
491 Santa Creek Road
St. Maries, Idaho 83861

99. Walter D. Snider
3560 Delaware Street, Suite 308
Beaumont, Texas 77706

100. Coffey & Browne, LLP
c/o William B. Coffey, Jr.
2390 Eastex Freeway, Suite 100
Beaumont, Texas 77703

# ATTACHMENT B

## LEGAL DESCRIPTION AND PLAT OF PROPERTY TO BE ACQUIRED

Sabine Pipe Line LLC
Survey of 60.88± Acres
Of Property Owned by
HEIRS OF ARISTIDE BROUSSARD ET UX
Being a portion of Section 21, T13 – R04E
South Western Land District
Vermilion Parish, Louisiana

**LEGAL DESCRIPTION:**

A certain tract of land located in Section 21, T13S – R04E Vermilion Parish, Louisiana, consisting of 60.88± acres. Said Tract being more fully described as follows:

**COMMENCING** at USC&GS "ERATH UNITED GAS MICROWAVE"-(1992), having a Louisiana 1983 south zone coordinate value of N=516,789.37 and E=3,050,660.39; Thence South 32°27'12" West a distance of 7743.17' to a set pk nail in the western boundary of said Section 21 lying in Aurelien Road, being the northwest corner of the above described tract having a Louisiana 1983 south zone coordinate value of N=510,255.47 and E=3,046,505.30; also being the "POINT OF BEGINNING" (P.O.B.).

**THENCE**, S89°52'04"E a distance of 49.97' to a set 5/8" iron rod;
**THENCE**, S89°52'04"E a distance of 2,605.89' to a set 5/8" iron rod;
**THENCE**, S00°13'00"W a distance of 1,284.67' to a set 5/8" iron rod;
**THENCE**, S00°13'00"W a distance of 49.94' to a set pk nail in Aristide Road, said point being in the southern boundary of the Northwest ¼ of said Section 21;
**THENCE**, along Aristide Road and the southern boundary of the Northwest ¼ of said Section 21, N89°57'16"W a distance of 1,723.15' to a set pk nail in Aristide Road;
**THENCE**, leaving Aristide Road N01°15'14"W a distance of 31.47' to an existing fence corner;
**THENCE**, N01°15'14"W a distance of 405.43' to an existing fence corner;
**THENCE**, N89°59'06"W a distance of 14.01' to a set 5/8" iron rod;
**THENCE**, N00°55'27"W a distance of 441.10' to a set 60d nail in wooden bridge;
**THENCE**, WEST a distance of 109.07' to a set 5/8" iron rod;
**THENCE**, N21°03'15"W a distance of 144.91' to a set 5/8" iron rod;
**THENCE**, N65°06'55"W a distance of 91.45' to a set 5/8" iron rod;
**THENCE**, S83°34'17"W a distance of 120.07' to a set 5/8" iron rod;
**THENCE**, N88°25'49"W a distance of 173.73' to a set 5/8" iron rod;
**THENCE**, S67°25'43"W a distance of 75.78' to a set 5/8" iron rod;
**THENCE**, S09°39'13"W a distance of 76.08' to a set 5/8" iron rod;
**THENCE**, S87°05'22"W a distance of 36.04' to an existing fence corner;
**THENCE**, N84°58'35"W a distance of 183.37' to an existing fence corner;
**THENCE**, S89°39'17"W a distance of 35.18' to an existing fence corner;
**THENCE**, WEST a distance of 25.27' to a set pk nail in Aurelien Road and the western boundary of said Section 21;
**THENCE**, along Aurelien Road, N00°17'20"E a distance of 386.56' to the "POINT OF BEGINNING" (P.O.B.).

The total tract area is 60.88 acres, more or less.

The above-described Tract is shown on a plat prepared by Morris P. Hebert, Inc. (CADD File No. 10727ROW0001A1.DWG) dated 11/18/2011, titled "HEIRS OF ARISTIDE BROUSSARD ET UX SURVEY OF 60.88± ACRES BEING A PORTION OF SECTION 21, T13S–R04E, SOUTH WESTERN LAND DISTRICT, VERMILION PARISH, LOUISIANA" and is attached hereto.

**NOTES:**

Bearings and distances indicated herein are based on an on-the-ground survey done by me or under my direct supervision & control and are referenced to the Louisiana Coordinate System, North American Datum, 1983 South Zone, US Survey Foot; as derived from a Global Positioning System (GPS) static survey.
A title opinion was not furnished to Morris P. Hebert, Inc., the property Lease description was provided by Sabine Pipe Line LLC.

MORRIS P. HEBERT, INC.
283 CORPORATE DRIVE
P.O. BOX 3106
HOUMA, LOUISIANA 70360
(985) 879 – 2731
**APPROVED: NOV. 18, 2011**

JESSE B. NEWTON, JR., LA. LICENSE NO. 4458

W:\dwg\10727-Henry Plant\ROW\10727ROW0001A0.docx



# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is also directed to LR16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on-line.

LAW101 (Rev. 3/08)