RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/17/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SABINE PIPE LINE, LLC, | * |
| Plaintiff | * |
| VERSUS | * |
| 60.88 ACRES OF LAND, MORE OR LESS, IN VERMILION PARISH, LOUISIANA; MARCIA ANNE EVANS A/K/A MARCIA EVANS PAGEAU, *ET AL.*; AND ALL UNKNOWN OWNERS, | * Civil Action No. 6:11-CV-02050 |
| Defendants | * |

## ORDER

ACCORDINGLY, after considering the defendants' Unopposed Motion to Continue and concluding that the motion has merit;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendants' motion is **GRANTED**. The Motion to Confirm Right to Acquire the Undivided Interests of the Non-Answering Defendants (Document No. 126) filed by Sabine Pipe Line LLC, currently set for July 19, 2012, is upset and reset for August 16, 2012 at 9:30 a.m..

So Ordered, this 16th day of July, 2012

JUDGE