11-cv-2050 #154

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. COURTHOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 8 2012

TONY R. MOORE, CLERK
BY _____ BW
DEPUTY

NIXIE

600 5E 1       00  08/02/12
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC:

UNITED STATES POSTAGE
PITNEY BOWES
02 1R        $ 00.450
0000655974   JUL 17 2012
MAILED FROM ZIP CODE 71101

**NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA**

Thomas Ryan Corkran
40 N LaSalle #3707
Chicagp, IL 60610

Case: 6:11-cv-02050 #154
3 pages printed: Tue Jul 17 14:01:08 2012

## YOU COULD RECEIVE THIS NOTICE AS SOON AS
## IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7 / 17 / 12
     CB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| SABINE PIPE LINE, LLC, | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| VERSUS | * | |
| | * | |
| 60.88 ACRES OF LAND, MORE OR | * | Civil Action No. 6:11-CV-02050 |
| LESS, IN VERMILION PARISH, | * | |
| LOUISIANA; MARCIA ANNE | * | |
| EVANS A/K/A MARCIA EVANS | * | |
| PAGEAU, *ET AL.*; AND ALL | * | |
| UNKNOWN OWNERS, | * | |
| | * | |
| **Defendants** | * | |

---

## ORDER

---

**ACCORDINGLY**, after considering the defendants' Unopposed Motion to Continue  and

concluding that the motion has merit;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendants' motion

is **GRANTED**. The Motion to Confirm Right to Acquire the Undivided Interests of the Non-

Answering Defendants (Document No. 126) filed by Sabine Pipe Line LLC, currently set for July

19, 2012, is upset and reset for August 16, 2012 at 9:30 a.m..

So Ordered, this 16th day of July, 2012

_____
JUDGE

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2012 at 1:57 PM CDT and filed on 7/17/2012

| | |
|---|---|
| **Case Name:** | Sabine Pipe Line L L C v. Land Vermilion Parish et al |
| **Case Number:** | 6:11-cv-02050-RTH-CMH |
| **Filer:** | |
| **Document Number:** | 154 |

**Docket Text:**
**ORDER granting [126] Motion to Confirm Right to Acquire the Undivided Interests of the Non-Answering Defendants currently set for July 19, 2012, is upset and reset for August 16, 2012 at 9:30 a.m. Signed by Judge Richard T Haik, Sr on 7/16/12. (crt,Brazell, G)**