```
                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF LOUISIANA
                             LAFAYETTE DIVISION


PRESENT: HON.   RICHARD T. HAIK  , JUDGE, Presiding        Date: August 16, 2012
                Mary Thompson    , Court Reporter
                Gary Brazell     , Minute Clerk
COURT OPENED:   11:00 A.M.              COURT ADJOURNED:11:15 A.M.   Total Time:0/15
_____
                                MINUTES OF COURT
_____
CASE NO. 11-2050             JUDGE:Haik                MAGISTRATE JUDGE Hill

SABINE PIPE LINE L L C                   VS.    LAND VERMILION PARISH, ET AL

                                APPEARANCES
Frederick Junkin, Donald Washington &     FOR       Plaintiff
Leon Gary, Jr.                            FOR
                                          FOR
Stephen Murray & Carolyn Elefant          FOR       Defendants


_____
CASE CALLED FOR                           FILINGS:
__X_ Hearing on motions
____ Jury selection only
____ Trial with/without jury     day
____ Other


_____
_____
VERDICT, RULING, COMMENTS:
```

MOTION (# 126) To Confirm Right to Acquire the Undivided Interests of the Non-Answering Defendants by Sabine Pipe Line L L C is DENIED.