UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SABINE PIPE LINE LLC, ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Civil Action No. 6:11-CV-02050 |
| v. ) | |
| ) | JUDGE RICHARD T. HAIK, SR. |
| 60.88 ACRES OF LAND, MORE OR ) | |
| LESS, IN VERMILION PARISH, ) | MAGISTRATE JUDGE |
| LOUISIANA; MARCIA ANNE EVANS ) | C. MICHAEL HILL |
| A/K/A MARCIA EVANS PAGEAU, *ET* ) | |
| *AL*.; AND ALL UNKNOWN OWNERS, ) | |
| ) | |
| **Defendants** ) | |

## ORDER ON DEFENDANTS' MOTION FOR LEAVE

Pending before the Court is Defendants' Motion for Leave to File an Amended Answer Pursuant to Rule 15 of the Federal Rules of Civil Procedure (the "Motion for Leave") (rec. doc. 133).

### I.

The 98 defendants identified in Exhibit 1 to the Motion for Leave seek leave to file Defendants' Second Amended Consolidated FRCP 71.1 Motion to Dismiss, Objections and Defenses, Answer and Motion to Stay Proceeding (the "Second Amended Consolidated Motion").

### II.

It is hereby ORDERED that:

1. The Motion for Leave is GRANTED;

2. The Second Amended Consolidated Motion is deemed filed; and

3. The granting of the Motion for Leave and the filing of the Second Amended Consolidated Motion are without prejudice to (i) the arguments asserted in Sabine Pipe Line LLC's Motion to Confirm its Right to Acquire the Undivided Interests Owned by Non-Answering Defendants (rec. doc. 126) and (ii) Sabine Pipe Line LLC's right to contest the timeliness and legal effect of the Second Amended Consolidated Motion.

SIGNED this _____ day of _____, 2012.

_____
Magistrate Judge C. Michael Hill

APPROVED AS TO FORM ONLY:

*/s/ Frederick D. Junkin*
Frederick D. Junkin, Trial Attorney
Western District No. 913470
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (Fax)
fredjunkin@andrewskurth.com

ATTORNEYS FOR SABINE PIPE LINE LLC

*/s/ Stephen B. Murray*
Stephen B. Murray (La. 9858)
Stephen B. Murray, Jr. (La. 23877)
Arthur M. Murray (La. 27694)
Jessica W. Hayes (La. 28927)
Nicole Ieyoub-Murray (La. 28088)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Ph.: (504) 525-8100
Fax: (504) 584-5249
smurray@murray-lawfirm.com

ATTORNEYS FOR DEFENDANTS