UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SABINE PIPE LINE LLC,<br><br>      Plaintiff<br><br>v.<br><br>60.88 ACRES OF LAND, MORE OR LESS, IN VERMILION PARISH, LOUISIANA; MARCIA ANNE EVANS A/K/A MARCIA EVANS PAGEAU, *ET AL.*; AND ALL UNKNOWN OWNERS,<br><br>      Defendants | Civil Action No. 6:11-CV-02050<br><br>JUDGE RICHARD T. HAIK, SR.<br><br>MAGISTRATE JUDGE<br>C. MICHAEL HILL |

**ORDER ON DEFENDANTS' MOTION FOR LEAVE**

Pending before the Court is Defendants' Motion for Leave to File an Amended Answer Pursuant to Rule 15 of the Federal Rules of Civil Procedure (the "Motion for Leave") (rec. doc. 133).

**I.**

The 98 defendants identified in Exhibit 1 to the Motion for Leave seek leave to file Defendants' Second Amended Consolidated FRCP 71.1 Motion to Dismiss, Objections and Defenses, Answer and Motion to Stay Proceeding (the "Second Amended Consolidated Motion").

**II.**

It is hereby ORDERED that:

1. The Motion for Leave is GRANTED;

2. The Second Amended Consolidated Motion is deemed filed; and

3. The granting of the Motion for Leave and the filing of the Second Amended Consolidated Motion are without prejudice to (i) the arguments asserted in Sabine Pipe Line LLC's Motion to Confirm its Right to Acquire the Undivided Interests Owned by Non-Answering Defendants (rec. doc. 126) and (ii) Sabine Pipe Line LLC's right to contest the timeliness and legal effect of the Second Amended Consolidated Motion.

SIGNED this 21 day of August, 2012, Lafayette, Louisiana.

*C. Michael Hill*
Magistrate Judge C. Michael Hill

APPROVED AS TO FORM ONLY:

Frederick D. Junkin, Trial Attorney
Western District No. 913470
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (Fax)
fredjunkin@andrewskurth.com

ATTORNEYS FOR SABINE PIPE LINE LLC

Stephen B. Murray (La. 9858)
Stephen B. Murray, Jr. (La. 23877)
Arthur M. Murray (La. 27694)
Jessica W. Hayes (La. 28927)
Nicole Ieyoub-Murray (La. 28088)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Ph.: (504) 525-8100
Fax: (504) 584-5249
smurray@murray-lawfirm.com

ATTORNEYS FOR DEFENDANTS

Copy sent: RTH
On:       8-21-2012
By:       MBD