RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/24/12
6B

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SABINE PIPE LINE LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 6:11-CV-02050 |
| v. | ) |
| | ) JUDGE RICHARD T. HAIK, SR. |
| 60.88 ACRES OF LAND, MORE OR | ) |
| LESS, IN VERMILION PARISH, | ) MAGISTRATE JUDGE |
| LOUISIANA; MARCIA ANNE EVANS | ) C. MICHAEL HILL |
| A/K/A MARCIA EVANS PAGEAU, *ET* | ) |
| *AL.*; AND ALL UNKNOWN OWNERS, | ) |
| | ) |
| Defendants | ) |

## ORDER

Be it remembered that on the 16th day of August, 2012, came on for consideration Sabine Pipe Line LLC's Motion to Confirm its Right to Acquire the Undivided Interests Owned by Non-Answering Defendants (rec. doc. 126). Upon consideration of the motion, the Memorandum in Support (rec. doc. 126-1), Defendants' Opposition (rec. doc. 135), and Sabine's Reply to the Opposition (rec. doc. 140-1), the Court determined the motion should be denied.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Sabine Pipe Line LLC's Motion to Confirm its Right to Acquire the Undivided Interests Owned by Non-Answering Defendants is DENIED.

SIGNED this 19th day of September, 2012.

Judge Richard T. Haik, Sr.

APPROVED AS TO FORM ONLY:

_____
Frederick D. Junkin, Trial Attorney
Western District No. 913470
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (Fax)
fredjunkin@andrewskurth.com

ATTORNEYS FOR SABINE PIPE LINE LLC


_____
Stephen B. Murray (La. 9858)
Stephen B. Murray, Jr. (La. 23877)
Arthur M. Murray (La. 27694)
Jessica W. Hayes (La. 28927)
Nicole Ieyoub-Murray (La. 28088)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Ph.: (504) 525-8100
Fax: (504) 584-5249
smurray@murray-lawfirm.com

ATTORNEYS FOR DEFENDANTS